■ In the Matter of WILLIAM F. LONCTO, JR., an Attorney.—A certified copy of a judgment of conviction of William F. Loncto, Jr., an attorney, in the Supreme Court, Niagara County, of the crime of grand larceny, second

degree (two counts), and forgery, third degree, having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys. Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ. (Order entered Oct. 2, 1978.)